**MARION LAW LLC**
Matthew A. Marion
95 Rowayton Avenue
Rowayton, CT 06853
Tel: 203-866-4050
Fax: 203-854-6656
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NAVIG8 POOL INC. | : |
|  | : |
|  | :   21 Civ.____  (      ) |
| Petitioner, | : |
|  | : |
| v. | : |
|  | : |
| MENA ENERGY DMCC | : |
|  | : |
| Respondent. | : |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Navig8 Pool Inc. ("Petitioner"), the undersigned counsel for Petitioner Navig8 Pool Inc., a private non-governmental party, certifies that 100% of the shares of Navig8 Pool Inc. are owned by Navig8 Pool Holdings Inc., a Marshall Islands company.

Dated:  April 26, 2021
          Rowayton, Connecticut

                                        Respectfully Submitted,

                                        /s/ *Matthew A. Marion*
                                        Matthew A. Marion (MM-6192)
                                        Marion Law LLC
                                        95 Rowayton Avenue
                                        Rowayton, CT 06853
                                        Tel:    (203) 866-4050
                                        Fax:    (203) 854-6656
                                        mmarion@marionlawllc.com